**\*\*E-filed 4/5/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXSIS SHONTE THOMAS, | No. C 10-4652 RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| A.C. TRANSIT | |
| Defendant. | |

On January 14, 2011, an order issued denying plaintiff's second application to proceed *in forma pauperis* herein, and advising her that unless she paid the filing fee within thirty (30) days of receiving the order, this action would be dismissed without prejudice.  Over two months have since elapsed, and plaintiff has not paid the filing fee or otherwise responded to the order.  Accordingly, this action is hereby dismissed without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 4/5/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

Alexsis Shonte Thomas
2138 65th Avenue
Oakland, CA 94621

DATED: 4/5/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg